# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ALAN PRESSWOOD, D.C., P.C., individually
and on behalf of all others similarly-situated

      Plaintiff,

      v.                                       Case No.: 4:17-cv-01977 SNLJ

AMERICAN HOMEPATIENT, INC., a
Tennessee corporation, and JOHN DOES 1-10,

      Defendants

---

### DEFENDANT AMERICAN HOMEPATIENT, INC.'S
### *AGREED* MOTION FOR ENLARGEMENT OF TIME
### TO SUBMIT JOINT STATUS REPORT

NOW COMES the Defendant, AMERICAN HOMEPATIENT, INC. ("American Homepatient" or "Defendant"), by and through its attorneys, Molly A. Arranz and John C. Ochoa of SmithAmundsen LLC, and moves this Court for an enlargement of time for the Parties to submit a joint status report (dkt. 115) to February 14, 2022. In support thereof, Defendant states as follows:

    1. On January 20, 2022, this Court entered an order requesting the parties submit a Joint Status Report by January 31, 2022. (Dkt. 115.)

    2. The parties are currently in the process of discussing a potential settlement of this matter.

    3. To preserve the parties' and the Court's resources, the parties request that the deadline by which they must submit a joint status report be extended by twenty-one (21) days, up to February 21, 2022.

4. Defendant makes this request in good faith, and not for purposes of delay.

5. The parties agree to the relief requested in this motion.

**WHEREFORE** the Defendant, American Homepatient, Inc., respectfully requests that this Court grant the parties an enlargement of time of twenty-one (21) days, to **February 21, 2022**, to file their joint status report, and grant such other relief as this Court deems just and appropriate.

    Respectfully submitted,

    By: */s/ Molly A. Arranz*
    _____
    Molly A. Arranz (6281122IL)
    John C. Ochoa (6302680IL)
    SmithAmundsen LLC
    150 North Michigan Avenue, Suite 3300,
    Chicago, IL 60601
    P: 312-894-3200
    F: 312-997-1843
    marranz@salawus.com
    jochoa@salawus.com

    *Attorneys for Defendant American Homepatient, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on **January 27, 2022**, he caused the foregoing **Defendant American Homepatient, Inc.'s Motion for Enlargement of Time to Submit Joint Status Report** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their email addresses on file with the Court.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: January 27, 2022.

*/s/ Molly A. Arranz*

3