UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALAN PRESSWOOD, D.C., P.C., individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOMEPATIENT, INC., and JOHN DOES 1-10<br>　　　　　　　Defendant. | No. 4:17-cv-01977-SNLJ<br><br>Hon. Stephen N. Limbaugh, Jr. |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ITS CLAIMS AGAINST DEFENDANT AMERICAN HOMEPATIENT, INC.

### and

### DISMISSAL OF WITHOUT PREJUDICE OF ITS CLAIMS AGAINST DEFENDANTS JOHN DOES 1-10

Plaintiff Alan Presswood, D.C., P.C., and Defendant American Homepatient, Inc., through their undersigned attorneys, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice as to Defendant American Homepatient, Inc., each party to bear its own attorneys' fees, costs, and expenses.

No notice needs to be issued to the putative class, because there has been no finding that this action can proceed as a class action, and no class has been certified herein.

John Does 1-10 are hereby dismissed **without prejudice**.

IT IS SO ORDERED this 8th day of April, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE